UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JEREMY D. MICHAUD,  )<br>   )<br>   Plaintiff   )<br>   )<br>v.   )   CIVIL NO. 1:23-cv-00390-LEW<br>   )<br>SOCIAL SECURITY ADMINISTRATION   )<br>COMMISSIONER,   )<br>   )<br>   Defendant   ) | |

## JUDGMENT

In accordance with the Order issued by U.S. District Judge Lance E. Walker, dated March 6, 2024, this case is REVERSED and REMANDED for further proceedings, pursuant to sentence four of 42 U.S.C. Section 405(g).

CHRISTA K. BERRY, CLERK

By: /s/ Michele Mitchell
    Deputy Clerk

Dated: March 6, 2024